■ AARON CIRASUOLO, Respondent, v HAGGAS REALTY CORP. et al., Appellants, and OTIS ELEVATOR COMPANY, Respondent.

HAGGAS REALTY CORP., Third-Party Plaintiff-Appellant, v OTIS ELEVATOR COMPANY, Third-Party Defendant-Respondent. RIN-BUHR CONSTRUCTION CORP., Third-Party Plaintiff-Appellant, v NEW HARTFORD PLUMBING SUPPLY, Third-Party Defendant-Respondent. [666 NYS2d 867] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Murad, J. (Appeals from Order of Supreme Court, Oneida County, Murad, J.—Summary Judgment.) Present—Denman, P. J., Lawton, Hayes, Balio and Boehm, JJ.